**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

JAMAR M. AVENT,

Plaintiff,

v.

DIVERSIFIED CONSULTANTS, INC.,

Defendant.

Case No. 3:19-cv-00436-MMH-JBT

Honorable Judge Marcia Morales Howard

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that Jamar M. Avent ("Plaintiff"), hereby notifies the Court that Plaintiff and Defendant Diversified Consultants, Inc., have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal.

Respectfully submitted this 30th day of July, 2019.

Respectfully submitted,

*s/ Alexander J. Taylor*
Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148
Phone: (630) 575-8181
ataylor@sulaimanlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

<i>s/ Alexander J. Taylor</i>_____<br>
Alexander J. Taylor