UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| JAMAR M. AVENT, | |
| Plaintiff, | Case No. 3:19-cv-00436-MMH-JBT |
| v. | Honorable Judge Marcia Morales Howard |
| DIVERSIFIED CONSULTANTS, INC., | |
| Defendant. | |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff JAMAR M. AVENT and the Defendant DIVERSIFIED CONSULTANTS, INC. through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorneys' fees.

Dated: August 19, 2019                                              Respectfully Submitted,

**JAMAR M. AVENT**                                                  **DIVERSIFIED CONSULTANTS, INC.**

*/s/ Alexander J. Taylor*                                           */s/ Dayle M. Van Hoose (with consent)*
Alexander J. Taylor                                                 Dayle M. Van Hoose
*Counsel for Plaintiff*                                             *Counsel for Defendant*
Sulaiman Law Group, LTD                                             Sessions, Fishman, Nathan & Israel, L.L.C.
2500 S. Highland Ave., Ste. 200                                     3350 Buschwood Park Drive, Suite 195
Lombard, Illinois 60148                                             Tampa, Florida 33618
Phone: (630) 575-8181                                               Phone: (813) 440-5328
mdaher@sulaimanlaw.com                                              dvanhoose@sessions.legal

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Alexander J. Taylor*
Alexander J. Taylor
