UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JAMAR M. AVENT,

    Plaintiff,

v.                                Case No.   3:19-cv-436-J-34JBT

DIVERSIFIED CONSULTANTS, INC.,

    Defendant.
_____

## ORDER OF DISMISSAL

**THIS CAUSE** is before the Court on the Agreed Stipulation of Dismissal With Prejudice (Dkt. No. 15; Stipulation) filed on August 19, 2019.  In the Stipulation, the parties request dismissal of this matter with prejudice.  <u>See</u> Stipulation at 1.  Accordingly, it is hereby

    **ORDERED:**

    1.    This case is **DISMISSED with prejudice**.

    2.    Each party shall bear its own costs and attorneys' fees.

    3.    The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE AND ORDERED** in Jacksonville, Florida this 20th day of August, 2019.

MARCIA MORALES HOWARD
United States District Judge

ja

- 2 -

Copies to:

Counsel of Record